

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of R.J.R.

No. 06-13-00054-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 123-13). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find there was error in the judgment of the court below.  Therefore, we reverse the trial court's judgment ordering inpatient treatment and the administration of psychoactive medication.  We further order R.J.R.'s immediate release from involuntary commitment.

      We further order that the State of Texas pay all costs of this appeal.

RENDERED JULY 3, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk